UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLONY INSURANCE COMPANY,

    Plaintiff,

    v.

GLENN E. NEWCOMER CONSTRUCTION,

    Defendant.

Case No. 20-cv-00480-DMR

**ORDER TO SHOW CAUSE**

Plaintiff Colony Insurance Company filed a motion to dismiss Defendant Glenn E. Newcomer Construction's counterclaims on April 10, 2020. [Docket No. 14.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on April 24, 2020, but no such opposition has been received. Defendant Glenn E. Newcomer Construction is ordered to respond by April 30, 2020 and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The May 14, 2020 hearing on the motion is VACATED. The case management conference is CONTINUED to May 20, 2020, with a joint case management statement due by May 13, 2020. A new hearing on the motion to dismiss shall be noticed by the court if necessary. If Defendant does not respond by April 30, 2020, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: April 28, 2020



_____
Donna M. Ryu
United States Magistrate Judge